IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

MAY 01 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| BUFFALO FIELD CAMPAIGN, a Montana Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ANIMAL AND PLAN HEALTH INSPECTION SERVICE,<br><br>Defendant. | CV 18–31–M–DLC<br><br>ORDER |

The Parties having jointly filed a Proposed Case Management Order (Doc. 6) which obviates the need for the filing of either a *Vaughn* Index or Status Update as mandated in this Court's April 18, 2018 Order (Doc. 5) and requests the Court to enter the Parties' Case Management Order,

IT IS ORDERED that the Parties' Motion (Doc. 6) is GRANTED.

IT IS FURTHER ORDERED that:

1. The United States shall produce "rolling monthly productions of records responsive to Buffalo Field Campaign's ("BFC") Freedom of Information Act ("FOIA") request. The first such production occurred

-1-

on March 9, 2018. The second production occurred on April 16, 2018. Production shall continue until the United States has produced all non-exempt records to BFC resulting from a reasonably adequate search for responsive records. At this time, the Parties estimate that monthly productions will continue for at least the next four months. The Parties will work cooperatively in the event additional time is required to complete the production phase of the case.

2. After the United States has finished producing records responsive to BFC's FOIA request, the Parties shall engage in good faith to resolve any disputes concerning records withheld, either in part or in full, by the United States pursuant to the FOIA's nine disclosure exemptions. The Parties shall also discuss resolving BFC's claim to reasonable attorney's fees and costs incurred in bringing this litigation. The Parties agree that this negotiation period should last no more than 90 days, unless there is mutually-agreed good cause to expand it.

3. If there remain issues for the Court's resolution after the Parties conclude the negotiation described above, the Parties shall file a joint status report and proposed Case Management Order outlining a process to resolve those remaining issues.

IT IS FURTHER ORDERED that, in light of the timelines established above, the Parties shall file a joint report apprising the Court of the status of this action no later than November 30, 2018.

IT IS FURTHER ORDERED that the deadlines set forth in this Court's April 18, 2018 Order (Doc. 5) are VACATED.

DATED this 1st day of May, 2018.

Dana L. Christensen, Chief Judge
United States District Court