

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BUFFALO FIELD CAMPAIGN, a Montana Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ANIMAL AND PLAN HEALTH INSPECTION SERVICE,<br><br>Defendant. | CV 18–31–M–DLC<br><br>ORDER |

Before the Court is the United States' Notice and Unopposed Motion to Dismiss. (Doc. 14.) The United States represents that it has complied with Paragraph 3 of the parties' Stipulation to Dismissal. (Doc. 13.)

Accordingly, with good cause appearing, IT IS ORDERED that the motion (Doc. 14) is GRANTED, and this matter is DISMISED WITH PREJUDICE.

DATED this 12th day of November, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-